IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00372-RPM-MEH

RAYMOND J. BURNS, and
NANCY J. BURNS,

    Plaintiffs,

v.

TARGET CORPORATION, and
JOHN DOE COMPANY,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

---

    Upon consideration of the Unopposed Motion to Withdraw filed by John R. Chase and Erik R. Neusch of Montgomery, Kolodny, Amatuzio & Dusbabek, L.L.P., counsel for Defendant Target Stores, a Division of Target Corporation, it is

    ORDERED that the motion is granted and John R. Chase and Erick R. Neusch have no further responsibility as counsel for Defendant Target Corporation in this matter.

    **DATED** this 25th day of April, 2008.

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____

                                          Richard P. Matsch
                                          District Court Judge