IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00372-RPM-MEH

RAYMOND J. BURNS and
NANCY J. BURNS,

    Plaintiffs,

v.

TARGET CORPORATION

    Defendants.
_____

**ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT**
_____

    Upon consideration of Plaintiffs Raymond J. Burns and Nancy J. Burns' Unopposed Motion for Leave to File Amended Complaint pursuant to Fed.R.Civ.P. 15(a)(2), it is

    ORDERED that the motion is granted and the Amended Complaint with Jury Demand attached thereto is deemed filed.

    DATED May 29, 2008.

                          BY THE COURT:

                          s/ Richard P. Matsch

                          _____

                          Richard P. Matsch, Senior Judge