# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00372-RPM-MEH

RAYMOND J. BURNS and
NANCY J. BURNS,

    Plaintiffs,

v.

TARGET CORPORATION,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulated Motion For Dismissal With Prejudice filed on January 14, 2009, by Plaintiffs Raymond J. Burns and Nancy J. Burns and Defendant Target Corporation [25], it is

ORDERED that the motion is granted. Plaintiffs' claims against Target Corporation are dismissed with prejudice and each party shall bear their own costs and attorneys' fees.

Dated: January 15th, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge